UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA              :        23 Cr. 623 (JLR)

                                      :

         -v-

                                      :        **TRANSPORTATION ORDER**

O'NEIL WRIGHT,                        :

              Defendant.              :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


UPON the application of the Defendant O'NEIL WRIGHT, by his attorneys, ANNA SIDERIS, ESQ. and KESTINE THIELE, ESQ., pursuant to 18 U.S.C. Section 4285, and upon a finding of indigence and in the interests of justice, it is hereby,

ORDERED, that the U.S. Marshals Service furnish for O'NEIL WRIGHT funds to cover the cost of round-trip air fare between Atlanta, Georgia and New York, New York for his court appearance in the United States District Court for the Southern District of New York on August 13, 2024 at 11:30 A.M.;

ORDERED that Mr. Wright's flight depart from Atlanta, Georgia for New York, New York on August 11, 2024, and that his flight depart New York, New York for Atlanta, Georgia on August 13, 2024, after his court appearance; and

ORDERED that the U.S. Marshals Service furnish for O'NEIL WRIGHT with an amount of money for subsistence expenses, not to exceed the amount authorized as a per diem allowance for travel under 5 U.S.C. Section 5702(a), or reimburse for such expenses; and

ORDERED, that all the aforesaid expenses shall be paid by the U.S. Marshal Service.

Dated:  July 22, 2024                    SO ORDERED.
        New York, New York

                                         _Jennifer Rochon_____
                                         Judge Jennifer L. Rochon
                                         United States District Judge