UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             - v. -<br><br>O'NEIL WRIGHT,<br><br>                      Defendant. | 23-cr-00623-JLR<br><br>**<u>ORDER</u>** |

JENNIFER L. ROCHON, United States District Judge:

The sentencing previously scheduled for December 16, 2025 is rescheduled to **December 9, 2025 at 11:00 a.m.** in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007.

Dated: October 28, 2025
         New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge