# QUIJANO, ENNIS & SIDERIS
ATTORNEYS AT LAW
52 Duane Street, 7th Floor
New York, New York 10007

TELEPHONE: (212) 686-0666
FAX: (212) 686-8690

**Peter Enrique Quijano**
**Nancy Lee Ennis**
**Anna N. Sideris**

February 18, 2026

**<u>Via ECF</u>**
Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Motion GRANTED.

Dated: February 19, 2026
New York, New York

**SO ORDERED.**

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

Re: <u>U.S. v. O'Neil Wright</u>
23 Cr. 623 (JLR)

Dear Judge Rochon:

As the attorney for O'Neil Wright, I am writing respectfully to request the Court order Pretrial Services to return Mr. Wright's passports to him. Mr. Wright was required, as a condition of his pretrial bond, to surrender his passports to Pretrial Services. On December 9, 2025, Mr. Wright was sentenced to Time Served followed by one year of supervised release. Accordingly, I respectfully request that the Court order the Pretrial Services Office to return to Mr. Wright his passports.

Respectfully submitted,
/s/
Anna Sideris